AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 OCT -5 PM 12: 13
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

Joseph D. Dodson

*Defendant*

Case No. 2:26-cr-46

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph D. Dodson, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(8) - possession with intent to distribute controlled substances
18 U.S.C. § 924(c)(1)(A)(i) - Carrying of a firearm during and in relation to a drug trafficking crime
18 U.S.C. §§ 922(g)(1) and 924(a)(8) - felon in possession of a firearm

Date: 3/20/26

*Issuing officer's signature*

City and state: Columbus, OH

Jennifer Kacsor, CRD
*Printed name and title*

## Return

This warrant was received on *(date)* 3/20/2026, and the person was arrested on *(date)* 9/24/2026 at *(city and state)* Columbus, OH.

Date: 9/25/2026

*Arresting officer's signature*

Brian Boyle DUSM
*Printed name and title*